George M. Reiber
Chapter 13 Trustee
3136 Winton Road South
Rochester NY 14623
(585) 427-7225

#8172
6/22/11
$ 8.29 /K

June 21, 2011

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re:  Michael Gary & Sue Ellyn Marie Blackwell; BK 06-20048

Dear Clerk of Court:

  Enclosed please find my Trustee's check in the amount of $8.29 . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

  I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

  The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| DMV Counsel's Office | $8.29 | Claims Register # 011 |

/s/ _____
George M. Reiber, Trustee



FILED JUN 22 2011 BANKRUPTCY COURT ROCHESTER, NY